*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

09/07/2017

**DISTRICT OF COLUMBIA COURT OF APPEALS**

FILED
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

**No. 17-BG-566**

**IN RE MIKE MEIER**

**2016 DDN 395**

A Member of the Bar of
the District of Columbia Court of Appeals

**Bar Reg. No. 444132**

BEFORE: Blackburne-Rigsby, Chief Judge; Glickman, Associate Judge; and Nebeker, Senior Judge.

**O R D E R**

(Filed – September 7, 2017)

On consideration of the certified order of the Virginia State Bar Disciplinary Board suspending respondent from the practice of law for thirty days by agreed disposition; this court's June 9, 2017, order temporarily suspending respondent and directing him to show cause why identical reciprocal discipline should not be imposed; the statement of Disciplinary Counsel regarding reciprocal discipline; it appearing that respondent did not file a response to this court's show cause order; and it further appearing that respondent provided a D.C. Bar R. XI, § 14 (g) affidavit to Disciplinary Counsel on June 27, 2017, but failed to file a copy in this court as required, it is

ORDERED that Mike Meier is hereby suspended from the practice of law in the District of Columbia for a period of thirty days. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11 (c) will prevail except in "rare" cases); *In re Cole*, 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic"). For purposes of reinstatement, the suspension will not begin to run until such time as respondent files his D.C. Bar R. XI, § 14 (g) affidavit in this court.

**PER CURIAM**